# EXHIBIT 1

**9/29/2020**



Sheri is planning and explaining how everyone will be leaving LifeVantage and how they are promoting more people for Modere.

They created another email called theledendsitsourtime@gmail.com
And they are saying "notify your personals (active or non-active)" **most likely referring to LifeVantage Distributors active or not.



"Why you're on board" – Why they are leaving LifeVantage for Modere.



After the meeting, "each of your words penetrated so many people in the call!!"
ATM: Add Tag Message



\*\*Images of zoom participants.\*\*
ATM – Add, tag, message

**Note:** Through the video that is 1:01:50 we can see all the participants:
92 total participants at the moment of the picture.



3







Sheri teaching everyone about their plan to "ATM":
1. Add to Modere healthy living page and social retail page
2. Group FB message with john Melton, Sheri, upline for introductions.

# 9/30/2020



Explanation about their contracts.



Another Zoom called the "Story Truth Pivot"

❌❌House Keeping ❌❌

for all those people that said that they were IN YES HECK YES (whatever the wording )

Step 1- ATM them (if you don't know what that is get with your up line)

Step 2- add them to "The Legends-Team Info" Facebook group & tag them in the Getting started guide

Step 3- get their information on the application with social & CC# sent to ↓ thelegendsitsourtime@gmai

You Can't Message This Group
You're no longer in this group and can't send or receive calls or messages unless you are added back to it.

This is the process to add people to Modere.



LifeVantage has a "Marcel" that is a high ranking LifeVantage Distributor in their upline. Considering their reactions to him just asking about "the greatest showman", they seem relieved.



< **✖The 15✖THE LEGENDS👇👇**

Dean

Sheri

Just to clarifying I've gotten this question ....... you guys on this thread collect your teams applications..... don't have them send it privately....
**@Joe Bowen** was right (as always). To keep it very very very simple....

Sharon will collect her dot in town

Katie her dot outside of Sharon

Bob Muffy there dot outside of Katie

Cinda her dot outside of bob & muffy

Joe his dot outside of Cinda Jim/Debbie & Dean

Etc anyway you guys want to do it just would prefer less emails and will consolidate the process like joe talked about last night...

Van handles his whole team

Angela handles her team

9



Sheri and her team were very organized throughout this whole situation. And this is how they distributed the work load throughout everyone.



They are talking about adding potential customers to group chats so they can see everyone else in support of the company. There are two pages: "Modere Healthy Living Group" and "Social Retail". John Melton is Sheri's upline at Modere.



Holding Tank for LV vs Modere.

**Twice now, they have asked to join a meeting after a call so they could all be on the same page. This whole situation was orchestrated**

## 10/1/2020



Alright @insert name I just added you to these 2 groups just go to the announcements post & watch the product videos in the "Modere Healthy Living Group"

Then in Social Retail watch video 2 & 3

Here's the pictures of the group above!!

Annnnd also I'll I wanted to introduce you to John Melton he's the guy I was talking about! The #1 income earner in the company in the top 100 earners in the world making 6 figures a month.... super humble and has been ultra helpful to us..

John this is insert name edify edify edify

The two private Modere groups:

Sheri

I also always add these pictures





❮ 🔴 ❌The 15❌THE LEGENDS👏👏

OCT 01, 2020, 6:18 PM

Sheri

Is anyone available to put together all the names on the invite list that is posted in the legend....... just so we have the list in front of us to know who we can approve etc..... 💜

If not no big deal 😜

See you soon

Katie

Got it

Sheri

Thank you thank you thank you @Katie Jane Kayser 💜
💜💜💜💜( ↓

Katie

Danny Stout
Carlos
Natalie Stout
Skip or Scott Ewing
Carlos Hurtado.
Trent Hanson
Nicole or Jessie Carlton
Chad Farmer
Laurie Content
Sarah Hankin
Steve Bierma
Camrie Gregg
Taylor Christensen
Joe & Elisabeth Cooper
Laura Roberts
Debbie Hopkins
Patricia (PJ) Hobson
Amy Trapman
Wyatt Lehr
Michelle For ↓
Mindy Kimmer

13

Elizabeth Lopez
Felicia Melancon
Heidi Palmer
Rex Wall
Dustin Davids
Shane Rountree
Denise Rountree
Sherry Woody
Annette Cochran
Jen read
Sandy
Tom hom
BJ & Greg Puttergill,
Jacque Glaubitz
Ashley Brewer
Steve and Kathy Weber
Robin Compton
Roxie Altizer
Jeff Rountree,
Mindy Rountr~~
Jeffery L Rou ↓ e
Mindy M Rountree
Brenda Anderson
Linda Fisher
Robin Wedemann
Thomas Knapp
Rhonette Markgraf
Julia Bradley

Kasey Weller

Dean

Sandy Sherwood

Debbie

Thank you Katie
I will do the service
on Friday

OCT 01, 2020, 6:56 PM

Muffy

Mike Arensdorf

List of invites in some of the pages.
52 people.



If their LifeVantage upline calls, Sheri instructed everyone to text or not reply while they launch.

## 10/2/2020



The application they are sending out was created by Sheri, which asks for credit card information.



Modere Compensation Plan



"People nothing posted on social media…….. We're talking to cross line teams in other groups….. We are soooo CLOSE!!! Sooooo Close!!!"

16

**\*\*Cross Recruiting\*\*\***

# 10/2/2020



Sheri

Well one thing I do wanna point out is the company has done above and beyond even if the contracts were as is which is how all the contracts are written for "HIPOS" it's standard...

However they were open to changing it and giving us extra bonuses that other HIPOS don't get...... that demonstrates how valuable you guys are 💗

So I don't want you guys to think the company was trying to get away with anything because it's not the case...... Dean & Joe were so brilliant to bring it up and see if they were open to negotiate ...... and they were 10,000% in ......

gratitude is ultra important throughout this whole entire process....

I am so grateful to be on this journey with each of you 💗

I'll start w my gratitudes.... I'm grateful for Jeremy joe Cinda Dianne dr mike Sharon Jeremys Angela Brady Harlan tammy van clay Shane Anna JJ mom dad ↓ and Bentley 💗

Sheri was working directly with Modere's legal team regarding the contracts.



Drank LifeVantage product, and are making "downline contact list" most likely downline contact lists from LifeVantage. Sheri is in support of this.

## 10/3/2020



Bob is excited to make some noise over at Modere.

19



Sheri's reply to Bob's excitement.

\*\*more comments and replies from other people\*\*

OCT 03, 2020, 11:27 AM

Clay

I can't say how much I
appreciate everyone!!! Joe
thank you for the scripts! Is
anyone else having a
challenge of not getting in a
traditional conversation with
your people like we did in
LifeVantage? What's
working for everyone? Joes
script only or other things
as well? Thank you! I am so
glad to be amongst the best
people ever!!!

Clay asked about how to have a traditional conversation like they did at LifeVantage.

Remember we do not
charge cards until the 10th
and anybody that is coming
with you you get a
paycheck on the 11th!!

You get paid with
24 HOURS

HIP HIP HORAY 🙌 🙌 🙌

Sheri is talking about enrolling people with the packs. They will enroll everyone on the 10th, and get paid on the 11th.

## 10/4/2020

OCT 04, 2020, 3:55 PM

Katie

Does anyone know a way to
get a list of the distributors
that have been removed by
the company in January?



21



Jim

If you find out let me know

Clay

Please share I
anyone knows!

OCT 04, 2020, 4:19 PM

Sheri

No there's not..... I've tried
to look....but a good
memory 😄

Definitely don't call
Corperate to get it 😄😄😅
🙏

Brady

I will look. So it is everyone
that didn't make an order
last year

In 2019

I will look for a way to
search it easier

Dean

Keep in mind that they
purged the System in
January and a lot are no
longer in the system.... (And
still 80,000 😜 )

OCT 04, 2020, 4:49 PM

Katie

So I found my list that I
printed out 1 year ago

Dean

👍

Katie asked if there is any way to get a list of the LifeVantage Distributors that were removed in January. Sheri knows this is not something they should be doing, which is why she advised to not call Corporate.

## 10/5/2020

## 10/6/2020



Sheri is mentioned that in 4 days is when they are planning to enroll everyone in this group.



Sheri compares the application process to LifeVantage.

Katie

Okay okay... so I started writing down all Distibuter's and their team on individual pages and adding 3. I do not want to leave anyone behind and want to ensure an invite has been sent to everyone.



Katie wrote down a list of all distributor's and their team on individual pages. From the names I checked, a lot of these people are or were LifeVantage Distributors/Customer

24

By the way if any of you
guys get a text from any of
the upline or a phone call
from any of the upline.....
just shoot me a text before
Responding....

And I'll walk you through it

Sherri said that if you get contacted by your LifeVantage upline, let Sheri know.

## 10/7/2020

P.S- I love you guys!!
AGAIN...... if you get calls
from upline don't respond
just text me..... this is all
coming together amazingly
please get your contract in
ASAP like in the next hour
ideally so we can get that
locked it 😬😁💜✅



Sheri comments again on what should happen if a LifeVantage upline contacts you.



Joe

❌OHMYGAWSH❌
Last night was EPIC

YOU guys broke the zoom
you literally MAXED out the
zoom limit 🤣🤣🤣

Can you feel this yet?!? 😤

✅Put this in your schedule
Por favor 🙏

Tonight (Wed)
Story.Truth.Pivot Zoom @
7pm cst

Training after @ 8pm cst

Zoom ID: 307-689-1112
↓
https://us02web.zoom.us/

25

There were 100 people on the zoom call.

## 10/8/2020



This is a zoom call with a Modere Distributor. And they are talking about how they expect to have at least 100 people on this call.

## 10/9/2020

OCT 09, 2020, 10:55 AM

Sheri

This is the post I put in The Legends Group Chat wanted to keep you guys in the loop...

❌Warning Read UNTIL THE END❌ (pretty please 😔)

It's finally here the last day.... before the FIRST DAY OF REST OF OUR LIVES!!!(I know that sounds dramatic but on some level isn't soooo true🤭) 😂💨😂🤭 😝😂

I can't even begin to tell you how honored humbled and amazed I feel that we get to travel this journey with all of you guys hand-in-hand💗

This morning I woke up with the most beautiful feeling of this peace happiness and the intense feeling of amazement that this is the right decision........ and all of you guys together have helped validate this countless times without you even realizing it.... i've been watching and listening to all the excitement and I'll tell you what.....I honestly don't know if I've ever been more

excited than right now in this moment in my entire life. PERIOD. (Just being transparent 😜)

That's just a long way to say thank you thank you for your patience thank you for your time thank you for your energy thank you for your relentless kindness and your endless supply of love between everyone apart of this launch 💜🙏

OK Sheri 🔴 STOP 🔴 with the sappy stuff get to the content 😂

OK OK OKAAAY 👇

❌ House Keeping ❌

If you want in on this Launch 🚀 and you want to come play with us and make $$$ or get healthy or just have fun....... Paper Applications 😳 MUST BE IN TODAY (Friday) by @11:59 pm 😳

Preparation for the launch.

Sheri

Hey guys we are starting to run applications tonight!!! So freaking excited again if you get any calls from any up line just for right now don't respond just text me everything's gonna be amazing beyond words but we are literally seconds away from pulling this whole thing off..... 💜💜💜💜🚀 🚀🚀

Sheri suggestions what everyone should do if their upline from LifeVantage message them.

28

## 10/10/2020 - The day they all signed up.



Sheri comments on signing up, and what to do.



Modere closed Facebook page.

## 10/11/2020

\*\*They talk about the process for signing in to Modere's website.

## 10/12/2020



These are all the Closed Facebook groups.

30



Sherri offers the idea of adding emoji's at the front of each conversation so they can know who is a prospect and who has already signed up.

# 10/13/2020

OCT 13, 2020, 1:52 PM

Sheri

Van just asked a brilliant question in the legends group thread about what to say to somebody today and tomorrow in regards to the pre-launch and together here's what we put together...... if you guys can please let your team know about this because not everybody checks the legends messenger chat!! @Van A-Haddox thank you thank you thank you

Step 1-

31

Step 1-
"Something big is going to happen in a couple of days and I wanted to let you know before the rest of the world!"

Step 2- when they respond with a yes or what is it... or anything wanting more info either verbally on the telephone conversation or in person conversation or in texting conversation then I would proceed to 👇 👇

Step 2-
"Perfect okay! I'll invite you to two Facebook groups and begin a group Messenger chat with you and a couple of key people that I've been working with for the past few years to help answer questions!"

So I think this is absolutely perfect just break into a two-step process and get them to say yes before you tell them to step 2!!!

 Brilliant brilliant brilliant idea Van thank you for posting!!!

Sheri's group is planning a prelaunch for everyone else on Facebook and this is the process they are planning to follow for this pre-launch.

## 10/14/2020



❮❶ 🐵 ❌ The 15 ❌ THE LEGENDS 📣 📣

Sheri

Just so everyone's on the same page I just posted this on the legends group chat!!

❌ EVERYONE
SAVE THIS ❌

Great question!!!!!!!! Here's the Schedule:

🚀 15th- TOMORROW
As a team we will create MASSIVE curiosity doing 2 things

❌ 1) We are all going to change our profile picture to black (I'll show you how tonight FYI Black is their version of Pro 10) THIS alone will get people ASKING you questions!! 😂

❌ 2) We will post our curiosity post

Examples...

A) I have a secret.... I CANT wait to tell you!!!

33

B) OMGAWSH!!! This secret is killing meeee!!

C) HUGE announcement!! I can't wait to tell you!!

D) OMG OMGawsh! HUGE news!!!! I can't wait to share!!

E) IDK how much longer I can keep this SECRET to myself!! Eeeeeek

You'll just have fun with it and everybody will do their own!! It'll be something that will spark curiosity!! (Don't ask anyone to comment if they want to know..that's spammy 😅 😈) just have fun with it!!

❌❌EVERYONE that wants to know more ... or deets.... or asks questions you will

😂ATM YOUR FACE OFF😂

🚀 16th I Sheri Hollenback will be doing a Facebook live at 7pm MST explaining my Why video it will be ULTRA JUICY!! So everyone on the team at the EXACT same time will jump on SHARE the Facebook live to THEIR personal wall (we will show you tonight 😊) and you guys will comment like crazy taggin ↓ ople in it to watch it!!

❌AGAIN....EVERYONE that wants to know more ... or deets.... or asks questions you will

😂ATM YOUR FACE OFF😂

17th you will do your own "why" video (we will explain this tonight) basically what in your life do you not want to do anymore... spin your wheels.... say no to vacations.....never see your family because you work too much.... Just what part of your life are you un happy with list off 3-5 things......

THEEEEN you will talk about how excited you are and that you found a solution!!

You WONT MENTION ❌Modere❌ Any Product Name❌.....

You want to only create curiosity so explain why you're excited

I get more time!! I get a to create a savings account for my kids!! I get to go on more vacations!! I get to get healthier and feel like me again!!

just list 3 to 5 reasons why you're so excited!! I get to help more people have fun and make money!!

(again we will go over this in detail tonight!!)

❌AGAIN....EVERYONE that wants to know more ... or deets.... or asks questions you will

🤣ATM YOUR FACE OFF🤣

Then on the

🚀24th we will do the UNBOXING VIDEO ( so in the meantime can you use your products absofreakinglewtly!!..... Just save your box that we can put them back in the box and pull them out on the 24th to do your unboxing video!!!!

If you're confused on this unit two will explain the three types of videos we will be doing!! I will also be going over this tonight!!

🚀30th we will be doing the WOW video...... (I'll explain tonight!!) ↓

36



This is Sheri's entire plan for the pre-launch and how they are going to be getting people's attention.

## 10/15/2020

OCT 15, 2020, 8:14 AM

Sheri

Copy & paste this to send to your team!!

❌The Race Gates are OPEN

Step 1- Change your Profile Picture to Black!!!

Once you change your profile picture to black let us know on this thread so WE CAN ALLLLLL go comment....

What's going on fill us in.......

Why the black!?

Tell me more!!

Step 2- At LEAST 5 hours later post your curiosity post "OMG I have a secret.." post
Once you do that let us know down below so we can ALLLLL go and comment

Tell me more!!

What is it?

I want to know!!!



You want the 5+ hours difference in each post because if they are less then 5 hours apart FB won't show the second post as much...... if you already posted both back to back no worries just delete and re post it later today in 5 hours && then let us know so we can all JUMP ON your post and stir the CURIOSITY 😄 😄 😄

Double tap this if you understand 😄

♥ 2

Sheri

Reminder then when people ask you questions on your profile picture going to black........ REPLY with "I'll pm you". Or something fun!! The more comments on your post the more it shows...... THEEEEEEEEN private message them and ATM them 😄 sooo much fun!!!

Sheri explained more details regarding their pre-launch plans.

"OMGawsh! I'm so excited to tell you this before the rest of the world finds out tomorrow but I am a part of this massive movement with my friends to help people get healthy help people have fun help people make money just helped a ton of people and so what I'll do is I'll add you to two Facebook groups and I put you in a group chat with some of my friends they can help answer your questions after you watch the videos!! And if you like it great if it's not your thing not a problem I just want you to know before the whole world finds out ton ↓ ow 😄 😄"

Sheri's template for the pre-launch when they get questions about it.

Sheri

❌HOUSEKEEPING❌
Hey my friends make sure
you keep your picture black
black black until tomorrow
at 1 PM Mountain standard
time we want to be able to
use this black as a way to
continue to keep curiosity
through the night and
through the morning!!
There's some people that
don't check their Facebook
page until night time so
you'll be missing out on a
whole bunch of people that
could be asking you
questions...... if you have
already changed it don't
change it back just leave it
but for everybody else keep
yours black so you can keep
the curiosity going until 1
o'clock tomorrow😂😂😂
😂

Also whenever you switch
your Facebook picture back
you lose out on the
algorithm of your curiosity
post because it's
considered another post
back to back😂😂

All this amazing things we
get to learn!!

I'm so insanely proud of
everybody on here!!!

Sheri provides more information about the curiosity posts.

✅6:55pm MST Jump onto my Facebook page and keep refreshing and remind your whole team to jump on my Facebook page and keep refreshing and be ready to click on my FB live and share it to your personal page.... feel free to put a catchy title on it like alert or oh my gosh anything catchy that will get people to stop 🔴 then begin tagging people that you want to watch this at some point all of your

prospects that you have ATMed already or any of your future prospects you have on the tip of your tongue tag them and coach your team to do the same!! We will blow this baby up with anyone of you guys like to hit elite in your first Month?! 🤣

Anyways if there's anybody I have missed commenting on your ATM group will you

please just let me know I may have missed one or two or 10 but hey let's make a mess and clean it up as we go while we're having fun 😂 😂 😂

I'm simply in all of your leader ship each and everyone of you as I see you working with your team.... it just blows me away I want to say it again and I will see it every single day for the rest of my entire life it's an absolute honor that you guys allow me to play in your world....... this is your world your game your victories your impact.... I'm just so grateful I get to be a part of it at any level......🙏

Thank you thank you thank you and enjoy your thank you letter tonight you wrote to yourself 💜

(any tips you guys have learned in the last 2448 hrs. please share them with everybody and any questions you have please don't hesitate to ask I would like to over communicate can you tell 😂

 Goodnight legends.....

Sheri provides more information and instructions regarding how the pre-launch will go.

# 10/16/2020

\*\*Talk about Sheri's Facebook Live and they have a zoom call.

## 10/17/2020



How does this company compare to XYZ company?

Sheri created several voice messages then posted this. Most likely referring to

LifeVantage. They posted a lot of different replies they got from the videos they created.

## 10/18/2020

They are talking about the reactions they are getting to their videos.

## 10/19/2020

They had a zoom meeting and set up new emoji's for conversations.

## 10/20/2020



OCT 20, 2020, 12:57 AM

Sheri

Thanks to KK 💗 feel free to copy and paste any on of these but then tweak it & make it your own (even if you change one word!!)

❌ Include a selfie of YOU excited with the spoon!! Licking it .... or holding it staring at it.... put it on your nose 😋. Just have fun 😆

P.S-Have freaking FUN!!

P.S.S- Once you post it drop the word "I did it" in

44

The Legends Official Group Chat & we will come over & blow up your comments just make sure to reply "I'm Pm You" on EACH comment!

EXAMPLE #1

So my launch 🚀 mode has been off the charts!

For those that have reached out to me, I'm working through my messages. 🤴

I was skeptical, but my friends, this liquid gold is legit! 🦋

Just a tablespoon a day literally burns 🔥 belly fat away!! SO easy and SO good! This tastes like brownie batter! 🍫

🥇 WON the #1 weight loss product! 🥇

Clinically proven to block fat adsorption and increase lean muscle!

I have a $10 off coupon if you want to give it a try!

I'm excited to try the vanilla next, I hear it tastes like vanilla cake! 🍰

[…]
Sheri provides different options for posts.

Sheri

Well if you guys would quit blowing up the group chat then maybe I could take a shower going on day four with no shower and Bentley is about to kick me out of the house 😂

You guys are seriously amazing!!! If there's any time to lean in its right now!!! It's about to get a little bit exciting!!! In the most beautiful way!!! 11 Days left to rank up!!



[…]

❮❶  ❌ The 15 ❌ THE LEGENDS 📣 📣

Sheri

We have 11 Days to get the bonuses $$

D-1 Bonus 12,000 7k/ 3k Outside

D-2 Bonus 25,000 15k/ 10k Outside

D-3 Bonus 50,000 35k/ 15k outside

Elite 1- 100,000 70k/ 30k outside

Elite 2- 200,000 140k/ 60k outside

Elite 3- 400,000 280k/120k



Sherri mentions that they have 11 days left to rank up to get these bonuses.

## 10/21/2020



This is very common that happens on a regular basis in the industry. But really it's not just an THIS industry it's in Corperate America... its in relationships 😏.
When one person wants to take a different path there's not always 100% agreement.

Anytime you include humans into any equation sometimes it can get a little funny 😂.

However this is such a beautiful teaching moment to each and everyone of you on here including myself.....

It's a teaching moment to actually put in a play what we have learned about emotional mastery what to focus on etc. as what we focus on is what we feel good or bad... emotions that serve us or NOT serve us.... Emotions that serves others or Doesn't serves others....

But it's also a beautiful representation of every human being responding either out of fear or out of love..

Right now LV is making a fear-based move.

I knew this was a slight possibility yet I'm still surprised they went this far as to terminate our friends and us on the team.

They are wanting to make a statement and give our team a very public "Spanking" 😜 to instill fear into everybody in LifeVantage NOT to even consider questioning or looking at other options.

They also are trying to instill fear into our team to crawl in a closet suck our thumbs and hide & just go away.

The problem is they don't know you they don't know me they don't know our team they don't know that's not us.... They don't even have an idea of the 6SS each one of you guys on here have created already they don't know the amount of trust you have with your team you have with all of us they don't know the emotional ties that we have created.... This is just validation they have no idea who we are..... Who The Legends are! 😜 🔥 💕 🚀

I also received a separate letter and long story short.

They not "Happy" with me because I was suppose to leave in silence and disappear and have NO Contact for two years with you or our team.

The problem is my identity is tied to you each...it is tied to our team ...our family and obviously that wasn't an option for me. Period.

The whole reason for this pivot was to find a vehicle that could close the gap on our team our family's "Dreams" "Why" .... to finish what we started.

So once again I want to bring and highlight the fact that this is such a beautiful moment for each of us to see, What can we learn from this moment where is the beauty in this moment.....

But really?! When you really look at it there's really only 2 Problems:

Problem #1
❌LifeVantage is pulling everyone's check...

Solution:

Put out head down &
Make money in Modere.
Most people will earn more
in their 1st month then in
their entire LV Career

Problem #2
❌LV is banning our team
from ordering product

SOLUTION:
✅We can just go online
and buy it.

Problems Solved 🙏

As of right now if
LifeVantage reaches out in
any form a phone call and
email (expect more of
those) or anybody at the
elite ranks reaches out a
phone call or an email or
text please Just forward it
onto me and then I'll be
forwarding everything onto
our attorney and to the VP
Justin

I want to keep everyone in
the loop on everything.
Over communication in this
beautiful learning moment
phase of our life is probably
a great idea right now. (no
one sentence no commas
)   ↓

Over communicate ... 😣

So what's the beauty in this moment....

EVERYTHING...... it provides beautiful contrast allowing us to enjoy the incredible treatment we are gaining from this new venture..

The Beauty is....
The excitement & juice in the team can you feel it?

The Beauty is....
We get to practice our teachings and put in play

The Beauty is....
We get to finish what we started

The Beauty is....
(Finish this statement)

The Game Plan...

 Let's lean in & set records the next 41 days!

♥ 2

Sheri explains that she has been informing Modere of every step they have taken thus far along with her attorney. She says that this cross recruiting is "very common". Claims that LifeVantage is making "fear-based moves" and claims that she didn't expect LifeVantage to "terminate" their accounts. She claims that LifeVantage suspended these accounts to instill fear, but they claim to "not be afraid".

Sheri let's everyone know what LifeVantage expected of her "I was supposed to leave in silence and disappear and have NO contact for two years with you or our team", but says that "problem is my identity is tied to you each…. It is tied to our team …our family and obviously that wasn't an option for me. Period." Claiming that she could not obey the contractual obligation she had.

She left LifeVantage to find another vehicle that could close the gap in her "dreams" and her "why". Sheri says that "LifeVantage is pulling everyone's check…" so the solution would be to work harder with Modere. She says that LifeVantage will not allow them to order, but they will

52

order online anyways. And if LifeVantage tried to contact them, everyone should sent it to Sheri for her attorney to review and the VP of Sales at Modere, Justin.

## 10/22/2020

**Discussed templates for sending prospects. **

## 10/23/2020

Sheri

Hey can you guys do a video chat at 11:30 MST So in about 42 minutes....

We will just do a video chat on here I'll just push the button and it will be about a five minute conversation we just made an agreement with LifeVantage I want to keep you guys in the loop!!

Parrrrty!!!

 If you can make it great if you can't no problem 🙆🙆

Sheri Claims that she made an agreement with LifeVantage and wanted to let everyone know about it.

## 10/31/2020

How to do your WOW
FB Live

Step 1- Start talking as soon
as you push live let them
know why they should listen
to you & listen to the
end ......Winning $500 in the
next 24 hours!

Step 2- Let them know
you've been in X amount of
time & List of 3-5 things
that are "WOW"s to you! It
could be product wow
results or business WOW

(DONT mention Money or #
of people on your team or
volumes of your team ✕per
compliance ˋ↓

But you can use Your blown
away by the product
because XYZ and all the
people with their results!

Your INSANELY obsessed
by the business because of
the simplicity & duplication
& culture of the people &
the success stories you've
already seen!!

Just have FUN!!!

Step 3- Close with you want
me details on how to win
$500 or details on the
product or business
message you ASAP in the
 next 24 hours!!!

Sheri must have been in contact with Modere's Compliance department because she mentions
some things to not do per compliance.



The VIP party was on Dec. 5, 2020.

## 12/11/2020



Photo of a party at Sheri's house.

## 12/12/2020

**VIP Zoom Christmas Event**

# 12/14/2020



Their event schedule and social media posting schedule.

# 12/16/2020



❮❶ 🐾 ❌The 15❌THE LEGENDS👉👉

🔥 Hey Legends... just a hot tip!

Anytime you're posing your curiosity post regardless whether it is product or business post....

Make sure you ❌DO NOT mention any of the product names such as:

❌Lean Body System
❌Trim
❌Biocell
❌Modere

or anything somebody could search on Google.... and buy from the company itself ....

Since you do not own Modere you do not earn any money unless they buy through YOUR link..... 😂

By advertising with using the product names you are driving traffic to the website and people can go order and they will NOT be in your team...

They will be placed in an orphan tree and given to somebody else.....

Again....you want to make sure your curiosity drives them to want to message you or reach out because they can't figure out what you're talking about!!

You want to paint the picture to where the prospects are loving the idea of the benefits you're talking about but the only way they can figure out what you're talking about is the personally message you....

Also remember in your PICTURES make sure you blur or crop out any product names or company names on there...

❌I'm seeing a lot of posts recently with the product name or the company name and that is beautiful advertisement for the company sales but NOT for your personal sales....

By creating the urge for your prospects to contact you number 1 they're going to get the best sales possible going through

58

you..... The best advice .....the best VIP treatment.... The best culture the best fun experience...

You can guide them through their fears and hesitations...

But number 2 you ensure that they purchased through your link...

OK I think I hit that nail on the hammer about 50,000 times 😵‍💫 😵‍💫

If you need extra one on one coaching get in your group chats with your up line leaders 💜 💙 💜 💚

Sheri mentions that they should not mention the products by name or the company so that people buy from their website directly.

# 1/13/2021